UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, | : : : |
| Plaintiff, | : : Civil Action No. 22-CV-0557 (JMF) |
| v. | : : ~~PROPOSED~~ ORDER : |
| THE WESTERN UNION COMPANY and WESTERN UNION FINANCIAL SERVICES, INC., | : : : : |
| Defendants. | : : |

JESSE M. FURMAN, United States District Judge:

AND NOW, this <ins>4th</ins> day of March, 2022, after consideration of the Joint Letter Motion and Request of Plaintiff Hartford Fire Insurance Company and Defendants The Western Union Company and Western Union Financial Services, Inc., to modify the briefing schedule as set forth in the Court's March 1, 2022 Order (Dkt. 19) and to extend briefing page limits, it is hereby ORDERED that the request is GRANTED.

It is further ORDERED that the Court's March 1, 2022 Order (Dkt. 19) is MODIFIED to set the following deadlines and briefing page limits:

- Plaintiff shall file and serve any opposition to Defendants' motion for judgment on the pleadings (Dkt. 15, 16); any cross-motion for judgment on the pleadings; and its response to Defendants' counterclaims (Dkt. 11) by **March 22, 2022**. ~~If~~ any such opposition, cross-motion, <ins>and</ins> response ~~are~~ <ins>must be</ins> filed jointly, such joint brief shall not exceed 35 pages.

- Defendants shall file and serve any reply in support of Defendants' motion for judgment on the pleadings; any opposition to any cross-motion for judgment on

the pleadings filed by Plaintiff; and any opposition to any motion to dismiss Defendants' counterclaims filed by Plaintiff by **April 5, 2022**. ~~If~~ any such reply and opposition(s) ~~are~~ [must be] filed jointly, [and] such joint brief shall not exceed 35 pages.

- Plaintiff shall file and serve any reply in support of its cross-motion for judgment on the pleadings, if any; and any reply in support of its motion to dismiss Defendants' counterclaims, if any, by **April 12, 2022**.

SO ORDERED.

Dated: March 4, 2022
New York, New York

JESSE M. FURMAN
United States District Judge

As stated above, the parties must file their submissions due March 22, 2022 and April 5, 2022, as joint, omnibus briefs with the page limits specified. In addition, the initial pretrial conference scheduled for April 29, 2022, is hereby adjourned *sine die*, pending the Court's resolution of the parties' motions. The Clerk of Court is directed to terminate ECF No. 20.