UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HARTFORD FIRE INSURANCE COMPANY,

                Plaintiff,                      22 **CIVIL** 0557 (JMF)

      -against-                        **JUDGMENT**

THE WESTERN UNION COMPANY et al.,

                Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Opinion & Order dated September 22, 2022, Hartford Fire has no duty to defend or to indemnify Western Union in the Schansman lawsuit. Accordingly, Western Union's motion for partial judgment on the pleadings is DENIED, and Hartford Fire's cross-motion for judgment on the pleadings and motion to dismiss Western Union's counterclaims are both GRANTED; accordingly, this case is closed.

**Dated:**  New York, New York
         September 23, 2022

                                                     **RUBY J. KRAJICK**

                                                     **Clerk of Court**
                             **BY:**

                                                   **Deputy Clerk**